# UNITED STATES DISTRICT COURT

__SOUTHERN__          DISTRICT OF          __NEW YORK__

**APPEARANCE**

Victoria Roddy and
    John Michael Roddy,

    Plaintiffs,                    MASTER FILE: 1:06-MD-1789-JFK

v.                                             Case No.: 1:07-cv-06173-JFK

Merck & Co., Inc.,

    Defendant.

To the clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

> Plaintiffs, Victoria Roddy and John Michael Roddy

I certify that I am admitted to practice in this court.

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 1st day of February, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

1



Timothy M. O'Brien
Levin Papantonio, et al.
316 S. Baylen Street
Sixth Floor
Pensacola, FL 32502
Telephone (850) 435-7000
Fax (850) 435-7004
COUNSEL FOR PLAINTIFFS

Jeffrey A. Bowersox
Bowersox Law Firm, P.C.
111 S.W. Columbia Street
Suite 1000
Portland, Oregon 97201
Telephone (503) 452-5858
Fax (503) 525-4833
COUNSEL FOR PLAINTIFFS