IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

VICTORIA RODDY and
JOHN MICHAEL RODDY,

      Plaintiffs,

vs.

MERCK & CO., INC.,

      Defendant.

MASTER FILE: 1:06-MD-1789-JFK

Civil Action No.:1:07-cv-06173

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), plaintiffs VICTORIA RODDY and JOHN MICHAEL RODDY, by and through undersigned counsel, voluntarily dismiss without prejudice the claims against the defendant listed in the caption of this case.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed electronically this 1st day of February, 2008, using the Court's CM/ECF system, which will notify all counsel of record.

1



Timothy M. O'Brien
Levin, Papantonio, Thomas, Mitchell, Eschsner
   & Proctor , P.A.
316 South Baylen Street, Suite 600 (32502)
P. O. Box 12308
Pensacola, Florida 32591
Telephone(850) 435-7181
Fax850) 436-6181
COUNSEL FOR PLAINTIFFS


Jeffrey A. Bowersox
Bowersox Law Firm, P.C.
111 S.W. Columbia Street
Suite 1000
Portland, Oregon 97201
Telephone (503) 452-5858
Fax (503) 525-4833
COUNSEL FOR PLAINTIFFS