Norman C. Kleinberg
Theodore V. H. Mayer
William J. Beausoleil
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000
*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-18-2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
IN RE: Fosamax Products Liability Litigation :        Case No. 1:07-cv-6173-JFK
---------------------------------------------------------x    1:06-md-1789 (JFK)
*This Document Relates to:*                           :
*Victoria Roddy*                                      :
  v.                                                  :
*Merck & Co., Inc.*                                   :

## STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1.  This case having been resolved upon the agreement of Plaintiff Victoria Roddy to voluntarily dismiss without prejudice her claims against Merck in the above captioned case and the agreement of Merck not to seek from Plaintiff its fees and costs, is hereby dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

2.  Plaintiff further agrees to re-file any suit based on any similar claims related to Fosamax against Merck, any of Merck's subsidiaries, agents, distributors, employees, sales representatives, or against any pharmacy in any United States Federal District Court, without joining any party whose joinder would defeat diversity pursuant to 28 U.S.C. §1332, and without opposing transfer to MDL-1789.

Page 1 - STIPULATED ORDER OF DISMISSAL

3. Each party is to bear its own costs and attorneys' fees.

Dated: March 4th, 2008.

LEVIN, PAPANTONIO, THOMAS, MITCHELL, ECHSNER & PROCTOR, P.A.

By: _____
Timothy O'Brien
316 South Baylen Street Suite 600
Pensacola, Florida 32502-5996
(850) 435-7000
*Attorneys for Plaintiff*

HUGHES HUBBARD & REED, LLP

By: _____
Theodore V.H. Mayer
One Battery Park Plaza
New York, New York 10004
(212) 837-6888
*Attorneys for Defendant Merck & Co., Inc.*

IT IS SO ORDERED:

3/18/08

_____
Honorable John F. Keenan

Page 2 - STIPULATED ORDER OF DISMISSAL